FILED
2019 JAN 23 PM 4:27
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 19 00035-PA |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [49 U.S.C. § 5124(a), 49 C.F.R. § 173.24(b): Illegal Transportation of Hazardous Materials; 18 U.S.C. § 2(b): Causing an Act to be Done] |
| WILEY SANDERS TRUCK LINES INC., | |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

[49 U.S.C. § 5124(a), 49 C.F.R. § 173.24(b); 18 U.S.C. § 2(b)]

On or about August 10, 2013, in Los Angeles County, within the Central District of California, and elsewhere, defendant WILEY SANDERS TRUCK LINES INC. willfully and recklessly transported, and willfully caused to be transported, hazardous materials, namely, 41,720 pounds of lead-contaminated plastic chips generated by Company 1, a battery recycling facility located in Vernon, California, in a semi-truck trailer without authorized packaging in violation of Title 49, Code of Federal Regulations, Section 173.24(b).

## COUNT TWO

[49 U.S.C. § 5124(a), 49 C.F.R. § 173.24(b); 18 U.S.C. § 2(b)]

On or about November 1, 2013, in Los Angeles County, within the Central District of California, and elsewhere, defendant WILEY SANDERS TRUCK LINES INC. willfully and recklessly transported, and willfully caused to be transported, hazardous materials, namely, 45,680 pounds of lead-contaminated plastic chips generated by Company 1, a battery recycling facility located in Vernon, California, in a semi-truck trailer without authorized packaging in violation of Title 49, Code of Federal Regulations, Section 173.24(b).

## COUNT THREE

[49 U.S.C. § 5124(a), 49 C.F.R. § 173.24(b); 18 U.S.C. § 2(b)]

On or about March 13, 2014, in Los Angeles County, within the Central District of California, and elsewhere, defendant WILEY SANDERS TRUCK LINES INC. willfully and recklessly transported, and willfully caused to be transported, hazardous materials, namely, 41,440 pounds of lead-contaminated plastic chips generated by Company 1, a battery recycling facility located in Vernon, California, in a semi-truck trailer without authorized packaging in violation of Title 49, Code of Federal Regulations, Section 173.24(b).

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental and Community Safety Crimes Section

MARK A. WILLIAMS
Assistant United States Attorney
Deputy Chief, Environmental and Community Safety Crimes Section